**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOYCE FULLINGTON                                                                                          PLAINTIFF

v.                                              No. 4:10CV00236 JLH

PFIZER, INC.; WYETH, LLC;
SCHWARZ PHARMA, INC.; PLIVA, INC.;
TEVA PHARMACEUTICALS USA, INC.;
ALAVEN PHARMACEUTICAL, LLC; and
MUTUAL PHARMACEUTICAL COMPANY, INC.                                         DEFENDANTS

## ORDER

William H. Edwards, Jr., local counsel for separate defendant PLIVA, Inc., has filed a motion for admission *pro hac vice* of Matt V. Brammer, Linda E. Maichl, and Thomas G. McIntosh. The motion is GRANTED. Document #29. Matt V. Brammer, Linda E. Maichl, and Thomas G. McIntosh are hereby admitted to appear before this Court as co-counsel in this action for separate defendant PLIVA, Inc.

IT IS SO ORDERED this 26th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE