**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOYCE FULLINGTON                                                                                    PLAINTIFF

v.                                            No. 4:10CV00236 JLH

PFIZER, INC.; WYETH, LLC;
SCHWARZ PHARMA, INC.; PLIVA, INC.;
TEVA PHARMACEUTICALS USA, INC.;
ALAVEN PHARMACEUTICAL, LLC; and
MUTUAL PHARMACEUTICAL COMPANY, INC.                                          DEFENDANTS

## ORDER

Roger A. Glasgow, local counsel for separate defendant Mutual Pharmaceutical Company, Inc., has filed motions for admission *pro hac vice* of Geoff Coan and Kathleen Kelly. The motions are GRANTED. Documents #35 and #36. Geoff Coan and Kathleen Kelly are hereby admitted to appear before this Court as co-counsel in this action for separate defendant Mutual Pharmaceutical Company, Inc.

IT IS SO ORDERED this 17th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE