**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JOYCE FULLINGTON                                                                                         PLAINTIFF

v.                                          No. 4:10CV00236 JLH

PFIZER, INC.; WYETH, LLC;
SCHWARZ PHARMA, INC.; PLIVA, INC.;
TEVA PHARMACEUTICALS USA, INC.;
ALAVEN PHARMACEUTICAL LLC; and
MUTUAL PHARMACEUTICAL COMPANY, INC.                              DEFENDANTS

## ORDER

Lyn P. Pruitt, local counsel for separate defendants Schwarz Pharma, Inc., and Alaven Pharmaceutical LLC, has filed a motion for admission *pro hac vice* of Henninger S. Bullock and Andrew J. Calica. The motion is GRANTED. Document #42. Henninger S. Bullock and Andrew J. Calica are hereby admitted to appear before this Court as co-counsel in this action for Schwarz Pharma, Inc., and Alaven Pharmaceutical LLC.

IT IS SO ORDERED this 25th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE