**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOYCE FULLINGTON                                                            PLAINTIFF

v.                                    No. 4:10CV00236 JLH

PFIZER, INC.; WYETH, LLC;
SCHWARZ PHARMA, INC.; PLIVA, INC.;
TEVA PHARMACEUTICALS USA, INC.;
ALAVEN PHARMACEUTICAL LLC; and
MUTUAL PHARMACEUTICAL COMPANY, INC.                                         DEFENDANTS

<u>**ORDER**</u>

Plaintiff's motion to substitute counsel is GRANTED.  Document #54.  Robert M. Sexton

and Michael Rainwater of Rainwater, Holt & Sexton are hereby substituted as counsel of record for

the plaintiff.  George R. Wise, Jr., of the Brad Hendricks Law Firm, is withdrawn as counsel of

record in this action.

IT IS SO ORDERED this 9th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE