# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOYCE FULLINGTON                          PLAINTIFF

v.                        No. 4:10CV00236 JLH

PFIZER, INC.; WYETH, LLC;
SCHWARZ PHARMA, INC.; PLIVA, INC.;
TEVA PHARMACEUTICALS USA, INC.;
ALAVEN PHARMACEUTICAL LLC; and
MUTUAL PHARMACEUTICAL COMPANY, INC.          DEFENDANTS

## ORDER

The Court previously entered an Order staying the proceedings in this action until the United States Supreme Court issued an opinion in three consolidated cases with issues related to the issues in this case. The Supreme Court has decided those cases. The plaintiff has filed a motion to lift the stay. The defendants have responded by stating that the stay has terminated automatically by virtue of the Supreme Court's decisions. The parties agree that the stay should no longer be in effect. Therefore, the motion to lift the stay is GRANTED. Document #56.

The Court directs that the defendants file their motion to dismiss within thirty days from the entry of this Order. The plaintiff's response will be due fourteen days after the defendants file their motion. The defendants' reply, if any, will be due seven days after the plaintiff files her response.

IT IS SO ORDERED this 8th day of August, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE