**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOYCE FULLINGTON                                                                                           PLAINTIFF

v.                                            No. 4:10CV00236 JLH

PLIVA, INC., formerly known as
Pliva USA, Inc.; and MUTUAL
PHARMACEUTICAL COMPANY, INC.                                                              DEFENDANTS

## ORDER

Defendants have filed a motion to continue trial date and for stay of action. For good cause shown, the motions are granted. Document #80. The trial of this matter previously scheduled for the week of April 16, 2012, in Little Rock, Arkansas, is removed from the Court's docket. This action is stayed pending a ruling by this Court on defendants' motion to dismiss.

IT IS SO ORDERED this 21st day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE