# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOYCE FULLINGTON                                                                                          PLAINTIFF

v.                                            No. 4:10CV00236 JLH

PLIVA, INC., formerly known as
Pliva USA, Inc.; and MUTUAL
PHARMACEUTICAL COMPANY, INC.                                                                DEFENDANTS

## FINAL JUDGMENT

Pursuant to the Opinion and Order entered on September 17, 2010, granting summary judgment on Joyce Fullington's claims against Pfizer, Inc., Wyeth, LLC, Schwarz Pharma, Inc., and Alaven Pharmaceutical, LLC; the stipulation of dismissal with prejudice with regard to Teva Pharmaceuticals USA, Inc.; the Opinion and Order entered on December 12, 2011, granting the joint motion to dismiss of PLIVA, Inc., and Mutual Pharmaceutical Company, Inc.; the Opinion and Order entered on May 23, 2012, granting in part the motion to dismiss of PLIVA, Inc., and Mutual Pharmaceutical Company, Inc.; and the Order entered this date denying Fullington's motion for reconsideration, judgment is hereby entered in favor of the defendants on all claims asserted by Joyce Fullington. Joyce Fullington's complaint and amended complaint are dismissed with prejudice.

IT IS SO ORDERED this 17th day of July, 2012.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE