# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  12-2945
_____

Joyce Fullington

Plaintiff - Appellant

v.

Pfizer, Inc.; Wyeth, LLC; Schwarz Pharma, Inc.; Pliva, Inc.; Alaven Pharmaceutical, LLC;
Mutual Pharmaceutical Company, Inc.

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:10-cv-00236-JLH)

_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the
district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district
court in this cause is affirmed in part, reversed in part, and remanded to the district court for
proceedings consistent with the opinion of this court.

July 15, 2013

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans



12-2945 Joyce Fullington v. Pfizer, Inc., et al "judgment filed sua sponte affirmed/reversed/remanded" (4:10-cv-00236-JLH)
8cc-cmecf-nda
to:
07/15/2013 08:56 AM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 07/15/2013

| | |
|---|---|
| **Case Name:** | Joyce Fullington v. Pfizer, Inc., et al |
| **Case Number:** | 12-2945 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The judgment of the originating court is AFFIRMED in part, REVERSED in part and REMANDED in accordance with the opinion. DIANA E. MURPHY, LAVENSKI R. SMITH and RAYMOND W. GRUENDER Hrg Mar 2013 [4054528] [12-2945] (Melissa Rudolph)

**Notice will be electronically mailed to:**

Mr. Matthew V. Brammer: mbrammer@ulmer.com
Mr. Henninger S. Bullock: hbullock@mayerbrown.com, jmarsala@mayerbrown.com
Mr. Andrew Calica: acalica@mayerbrown.com, jmarsala@mayerbrown.com
Mr. Geoffrey M Coan: gcoan@hinshawlaw.com
Mr. William B. Curtis: bcurtis@curtis-lawgroup.com, pmcdonald@curtis-lawgroup.com, jgomez@curtis-lawgroup.com
Mr. Terrence J. Donahue, Jr.: joe@mcglynnglisson.com, susie@mcglynnglisson.com
Mr. William H. Edwards, Jr.: wedwards@barberlawfirm.com, mandress@barberlawfirm.com, jkovalscik@barberlawfirm.com
Mr. Roger Glasgow: rglasgow@wlj.com
Ms. Kathleen Erin Kelly: kekelly@hinshawlaw.com, dguerrero@hinshawlaw.com
Ms. Linda E. Maichl: lmaichl@ulmer.com, mschoeny@ulmer.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Daniel J. McGlynn: Danny@mcglynnglisson.com, susie@mcglynnglisson.com, joe@mcglynnglisson.com
Mr. Jeffrey Francis Peck: jpeck@ulmer.com, lahonen@ulmer.com
Ms. Lyn Peoples Pruitt: lpruitt@mwlaw.com, bhopper@mwlaw.com
Mr. Kannon K. Shanmugam: kshanmugam@wc.com
Mr. Joseph Paul Thomas: jthomas@ulmer.com
Mr. George Robert Wise, Jr.: gwise@bradhendricks.com, jevans@bradhendricks.com


The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:** /opt/ACECF/live/forms/mrudolph_122945_4054528_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/15/2013] [FileNumber=4054528-0]
[7c39221bcaa7df9a2d98504f53d81bce4bdd1133ebe1ae6c949df5a5d22a1f139f0778cdfbaa0ca9453748ff8b0d796b736f13b25eba5cc2a7f7b22d4bd312c0]]
**Recipients:**

- Mr. Matthew V. Brammer
- Mr. Henninger S. Bullock
- Mr. Andrew Calica
- Mr. Geoffrey M Coan
- Mr. William B. Curtis
- Mr. Terrence J. Donahue, Jr.
- Mr. William H. Edwards, Jr.
- Mr. Roger Glasgow
- Ms. Kathleen Erin Kelly
- Ms. Linda E. Maichl
- Mr. Jim McCormack, Clerk of Court
- Mr. Daniel J. McGlynn
- Mr. Jeffrey Francis Peck
- Ms. Lyn Peoples Pruitt
- Mr. Kannon K. Shanmugam
- Mr. Joseph Paul Thomas
- Mr. George Robert Wise, Jr.

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4054528
**RELIEF(S) DOCKETED:**
  affirmed/reversed/remanded
**DOCKET PART(S) ADDED:** 4890218, 4890219, 4890220