IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOYCE FULLINGTON                                                                                          PLAINTIFF

v.                                          No. 4:10CV00236 JLH

PLIVA, INC., formerly known as
Pliva USA, Inc.; and MUTUAL
PHARMACEUTICAL COMPANY, INC.                                                               DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, Joyce Fullington's second amended complaint is dismissed with prejudice.

IT IS SO ORDERED this 28th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE